## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| TERRY PERKINS, | ) | |
|        Plaintiff, | ) | |
| vs. | ) | No. 3:21-CV-1402-D |
| | ) | |
| DALLAS COUNTY SHERIFF'S | ) | |
| DEPARTMENT, et al. | ) | |
|        Defendants. | ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and the July 22, 2022 objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

Accordingly, all of plaintiff's claims, except for his individual-capacity claim for excessive force claim against Officer Harrys, are dismissed pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2)(B).

**SO ORDERED**.

July 27, 2022.


_____
SIDNEY A. FITZWATER
SENIOR JUDGE