# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| TERRY PERKINS, | ) |
|     Plaintiff, | ) |
| vs. | )   No. 3:21-CV-1402-D |
| | ) |
| DALLAS COUNTY SHERIFF'S | ) |
| DEPARTMENT, et al. | ) |
|     Defendants. | ) |

## ORDER

After reviewing the January 23, 2023 findings, conclusions, and recommendation of the United States Magistrate Judge, the court concludes that they are correct. Accordingly, the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted as the findings and conclusions of the court. Plaintiff's motion for leave to proceed *in forma pauperis* on appeal (ECF No. 46) is denied.

**SO ORDERED**.

February 23, 2023.

SIDNEY A. FITZWATER
SENIOR JUDGE