IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRY PERKINS, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:21-CV-1402-D |
| ) | |
| TYRONE HARRIS ) | |
| Defendant. ) | |

### ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

Accordingly, defendant's February 16, 2023 motion for summary judgment based on qualified immunity (ECF No. 67) is granted, and plaintiff's action against defendant Tyrone Harris is dismissed with prejudice by judgment filed today.

**SO ORDERED**.

July 12, 2023.

*[signature]*
SIDNEY A. FITZWATER
SENIOR JUDGE